# In the United States District Court
## For the Southern District of Georgia
### Waycross Division

ROGERIO CHAVES SCOTTON,　　　　*

　　　　　　　*

　　　　Plaintiff,　　　　*　　　　CIVIL ACTION NO.: 5:16-cv-85

　　　　　　　*

　　　v.　　　　　　*

　　　　　　　*

KRISTIN FIGUEROA-CONTRERAS,　*

　　　　　　　*

　　　　Defendant.　　　　*

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's November 1, 2016, Report and Recommendation, (dkt. no. 8), to which no Objections have been filed.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint, **DISMISSES AS MOOT** Plaintiff's Motion for Default, (dkt. no. 3), and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

---

[1] Plaintiff also filed a separate Motion for Leave to Proceed *in Forma Pauperis* on November 14, 2016. (Dkt. No. 10.) However, in the Motion he provides no indication that he objects to the Magistrate Judge's Report and Recommendation. In fact, other than the case number, the case caption on the Motion is entirely different from the caption for this case. Accordingly, the Court also **DISMISSES AS MOOT** Plaintiff Scotton's Motion, (dkt. no. 10).

The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this _____ day of _____, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA